# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TYRONE TRIPLETT,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No 7:13-cv-02104-RDP-HGD |
| } | |
| **OFFICER ANTHONY D. HOLIFIELD** } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION

On August 7, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 11). Plaintiff was granted an extension of time, until September 4, 2014, to file objections. (Doc. # 13). No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this September 10, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE