# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TYRONE TRIPLETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:13-cv-02104-RDP-HGD |
| ) | |
| **ANTHONY D. HOLIFIELD,** ) | |
| ) | |
| Defendant. ) | |

## AMENDED MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on August 7, 2014, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Although Plaintiff was advised of his right to file specific written objections within fourteen days, he has failed to respond to the Report and Recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed as frivolous. A Final Judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____30th____ day of September, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was granted an additional fifteen day extension on August 20, 2014.